UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BROADCAST MUSIC, INC.; ABKCO MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; NO SURRENDER MUSIC, A DIVISION OF PRAXIS INTERNATIONAL COMMUNICATIONS, INC.; MUSCLE SHOALS SOUND PUBLISHING CO., A DIVISION OF NORTHSIDE PARTNERS; PEERMUSIC III, LTD.; UNIVERSAL MUSIC-Z TUNES LLC d/b/a UNIVERSAL MUSIC Z SONGS; UNIVERSAL MUSIC MGB NA LLC d/b/a/ UNIVERSAL MUSIC CAREERS; SURFACE PRETTY DEEP UGLY MUSIC; SEVEN SUMMITS MUSIC d/b/a NASHVISTAVILLE SONGS; CHAYLYNN MUSIC; OLE MEDIA MANAGEMENT LP d/b/a OLE BLACK TO BLACK SONGS; I HOPE MOMMA'S LISTENING MUSIC; SONGS OF UNIVERSAL, INC. | |
| Plaintiffs, | CIVIL ACTION NO.: 16-cv-401 |
| v. | |
| ARTIE'S LLC d/b/a ARTIE'S SPORTS BAR and ARTHUR H. BRADBERRY, individually, | |
| Defendants. | |

**COMPLAINT**

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1.      This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act").  This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.      Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3.      Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York.  BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.  BMI has been granted the right to license the public performance rights in approximately 8.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4.      The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.      Plaintiff Abkco Music, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

6.      Plaintiff Sony/ATV LLC is a limited liability company doing business as Sony/ATV Acuff Rose Music.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

7.      Plaintiff Warner-Tamerlane Publishing Corp. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

8.      Plaintiff Eleksylum Music, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff No Surrender Music is a division of Praxis International Communications, Inc., which in turn is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Muscle Shoals Sound Publishing Co. is a division of Northside Partners, which in turn is a partnership owned by Thomas J. Couch, Stewart M. Madison and Gerald B. Stephenson. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Peermusic III, Ltd. is a limited company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Universal Music-Z Tunes LLC is a limited liability company doing business as Universal Music Z Songs. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Universal Music MGB NA LLC is a limited liability company doing business as Universal Music Careers. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Surface Pretty Deep Ugly Music is a sole proprietorship owned by Christopher A. Daughtry. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff Seven Summits Music is a company doing business as Nashvistaville Songs. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Chaylynn Music is a sole proprietorship owned by Jennifer Kathleen Hanson. This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Plaintiff Ole Media Management LP is a limited partnership doing business as Ole Black To Black Songs. This Plaintiff is the copyright owner of at least one of the songs in this matter.

18. Plaintiff I Hope Momma's Listening Music is sole proprietorship owned by Martin Edward Dodson. This Plaintiff is the copyright owner of at least one of the songs in this matter.

19. Plaintiff Songs Of Universal, Inc. is corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

20. Defendant Artie's, LLC is a limited liability company organized and existing under the laws of the State of Louisiana, which operates, maintains and controls an establishment known as Artie's Sports Bar, located at 3162 Highway 1, Grand Isle, Louisiana 70358-9752 in this district (the "Establishment").

21. In connection with the operation of the Establishment, Defendant Artie's, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

22. Defendant Artie's, LLC has a direct financial interest in the Establishment.

23. Defendant Arthur H. Bradberry is a member of Defendant Artie's, LLC with responsibility for the operation and management of that limited liability company and the Establishment.

24. Defendant Arthur H. Bradberry has the right and ability to supervise the activities of Defendant Artie's, LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

25. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 24.

26. Since November 2012, BMI has reached out to Defendants over 120 times, by phone

and mail, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire.

27. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

28. Plaintiffs allege eight (8) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

29. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the eight (8) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

30. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

31. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

32. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

33. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publically performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

34. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: January 18, 2016

By: /s/ *Mark A. Balkin*
Mark A. Balkin (LA Bar # 24952)
Joseph C. Chautin, III (LA Bar # 24995)
**Hardy, Carey, Chautin & Balkin, LLP**
1080 West Causeway Approach
Mandeville, LA 70471
Tel: (985) 629-0777
Fax: (985) 629-0778
mbalkin@hardycarey.com

*Attorney for Plaintiffs*

4826-0203-5244, v. 1

# *Schedule*

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 1 | |
| Line 2 | Musical Composition | Bring It On Home To Me | |
| Line 3 | Writer(s) | Sam Cooke | |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. | |
| Line 5 | Date(s) of Registration | 3/15/90 | 9/13/62 |
| Line 6 | Registration No(s). | RE 475-432 | Ep 166883 |
| Line 7 | Date(s) of Infringement | 07/11/2014 | |
| Line 8 | Place of Infringement | Artie's Sports Bar | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Goodbye Time |
| Line 3 | Writer(s) | Roger Murrah; James Dean Hicks |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music |
| Line 5 | Date(s) of Registration | 10/1/87 |
| Line 6 | Registration No(s). | PA 343-738 |
| Line 7 | Date(s) of Infringement | 07/11/2014 |
| Line 8 | Place of Infringement | Artie's Sports Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Honky Tonk Women |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 7/6/70  7/10/69 |
| Line 6 | Registration No(s). | Ep 274903  Eu  125715 |
| Line 7 | Date(s) of Infringement | 07/12/2014 |
| Line 8 | Place of Infringement | Artie's Sports Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Keep Your Hands To Yourself |
| Line 3 | Writer(s) | Dan Baird |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Eleksylum Music, Inc.; No Surrender Music, a division of Praxis International Communications, Inc. |
| Line 5 | Date(s) of Registration | 10/15/86 |
| Line 6 | Registration No(s). | PA 304-742 |
| Line 7 | Date(s) of Infringement | 07/12/2014 |
| Line 8 | Place of Infringement | Artie's Sports Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Old Time Rock And Roll a/k/a Old Time Rock 'N Roll |
| Line 3 | Writer(s) | George Jackson; Thomas E. Jones, III |
| Line 4 | Publisher Plaintiff(s) | Thomas J. Couch, Stewart M. Madison and Gerald B. Stephenson, a partnership d/b/a Muscle Shoals Sound Publishing Co., a division of Northside Partners; Peermusic III Ltd. |
| Line 5 | Date(s) of Registration | 11/11/77 |
| Line 6 | Registration No(s). | Ep 375950 |
| Line 7 | Date(s) of Infringement | 07/12/2014 |
| Line 8 | Place of Infringement | Artie's Sports Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Bump 'N' Grind |
| Line 3 | Writer(s) | Robert Kelly |
| Line 4 | Publisher Plaintiff(s) | Universal Music-Z Tunes LLC d/b/a Universal Music Z Songs |
| Line 5 | Date(s) of Registration | 2/2/94 |
| Line 6 | Registration No(s). | PA 734-975 |
| Line 7 | Date(s) of Infringement | 07/12/2014 |
| Line 8 | Place of Infringement | Artie's Sports Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Home |
| Line 3 | Writer(s) | Christopher A. Daughtry |
| Line 4 | Publisher Plaintiff(s) | Universal Music MGB NA LLC d/b/a Universal Music Careers; Christopher A. Daughtry, an individual d/b/a Surface Pretty Deep Ugly Music |
| Line 5 | Date(s) of Registration | 1/2/07 |
| Line 6 | Registration No(s). | PA 1-166-372 |
| Line 7 | Date(s) of Infringement | 07/11/2014 |
| Line 8 | Place of Infringement | Artie's Sports Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Let Me Down Easy |
| Line 3 | Writer(s) | Mark Nesler; Marty Dodson; Jennifer Hanson |
| Line 4 | Publisher Plaintiff(s) | Seven Summits Music d/b/a Nashvistaville Songs; Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music; Jennifer Kathleen Hanson d/b/a Chaylynn Music; Ole Media Management LP d/b/a Ole Black To Black Songs; Martin Edward Dodson d/b/a I Hope Momma's Listening Music; Songs Of Universal, Inc. |
| Line 5 | Date(s) of Registration | 4/4/11 |
| Line 6 | Registration No(s). | PA 1-733-729 |
| Line 7 | Date(s) of Infringement | 07/11/2014 |
| Line 8 | Place of Infringement | Artie's Sports Bar |